NOTE CHANGES MADE BY COURT.

```
              FILED
      CLERK, U.S. DISTRICT COURT

            6/22/2016

    CENTRAL DISTRICT OF CALIFORNIA
    BY: _____CW_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK W. BURT, JR. and MARGARET BURT,<br><br>    Plaintiffs,<br><br>vs.<br><br>AVCO CORPORATION, et al.,<br><br>    Defendants. | Case No. 2:15-CV-03355-MWF-VBKx<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE: DISMISSAL**<br><br>Current OSC Date:   June 27, 2016<br>New OSC Date:      July 25, 2016<br><br>Action filed:         March 20, 2015 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

    IT IS HEREBY STIPULATED by and between Plaintiffs Jack W. Burt, Jr., and Margaret Burt (hereinafter collectively the "Plaintiffs"), and Defendants The Goodyear Tire & Rubber Company and IMO Industries, Inc. (hereinafter collectively the "Defendants"), by and through their respective attorneys of record, that:

///

1

1  The hearing on the Order to Show Cause Re: Dismissal, currently set for
2  June 27, 2016, is continued 30 days to **July 25, 2016**.  If a dismissal is filed prior
3  to the hearing, no appearance will be necessary by the dismissed party.
4  The Court's condolences to Mrs. Burt.
5  **SO ORDERED.**

7  DATED:  June 22, 2016       _____
                                Hon. Michael W. Fitzgerald
                                United States District Judge

2