BRENT ZADOROZNY (SBN 208468)
CRYSTAL G. FOLEY (SBN 224627)
BENJAMIN D. GOLDSTEIN (SBN 231699)
**SIMMONS HANLY CONROY**
100 N. Sepulveda Blvd., Suite 1350
El Segundo, California 90245
Tel:  (310) 322-3555
Fax:  (310) 322-3655
Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK W. BURT, JR. and MARGARET BURT,<br>    Plaintiffs,<br>vs.<br>AVCO CORPORATION, et al.,<br>    Defendants. | Case No. 2:15-CV-03355-MWF-PJWx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

The Court, having considered the stipulation between plaintiffs Jack W. Burt, Jr. and Margaret Burt and all remaining Defendants, hereby approves the stipulation and orders that the entire action is dismissed without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). Pursuant to stipulation, the parties shall bear their own costs.

SO ORDERED.

DATED:  September 2, 2016

_____
HON. MICHAEL W. FITZGERALD,
United States District Judge

1
[PROPOSED] ORDER GRANTING STIPULATION FOR
DISMISSAL OF THE ENTIRE ACTION